```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO
```

RODRIGUEZ VELEZ, et al.
    **Plaintiff(s)**

        **v.**

UNO RADIO GROUP OF SAN JUAN, INC., et al.
    **Defendant(s)**

**CIVIL NO.** 04-2080 (JAG)

**ORDER**

On October 8, 2004, Plaintiffs filed a complaint against the Uno Radio Group of San Juan, Inc. Summons were issued on the same date. As of today, the record fails to show that plaintiff executed summons upon defendant.

Given that more than 120 days have elapsed without effectuating service, the Court, on its own initiative, **DISMISSES** without prejudice Plaintiffs complaint (Docket No. 1). See, Fed.R.Civ.P. 4(m); Ruiz Varela v. Sanchez, 814 F.2d 821, 823 (1st Cir. 1987); Betancourt v. Toledo, 199 F.R.D. 447, 448 (D.P.R. 2001). Judgment shall enter accordingly.

IT IS SO ORDERED

In San Juan, Puerto Rico, this 27th day of April, 2005.

                                            S/Jay A. Garcia-Gregory
                                            JAY A. GARCIA-GREGORY
                                            U.S. District Judge